## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MEGHAN PARRY-HILL,

    Plaintiff,

v.                                    Case No: 8:14-cv-54-T-30AEP

PARADISE TAVERN, LLC and
HOWARD LEASING, INC.,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Stipulation for Dismissal (Dkt. 22). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record